ED·HOLMBERG ET AL., APPELLANTS, V. BOARD OF
SUPERVISORS ET AL., APPELLEES.

FILED DECEMBER 19, 1930. No. 27670.

*George J. Marshall,* for appellants.

*Stiner & Boslaugh, Edmund Nuss* and *Leon Samuelson,*
contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON,
EBERLY and DAY, JJ.

PER CURIAM.

Plaintiffs brought this action in the district court for Franklin county to enjoin performance of a contract to build and repair bridges. A temporary restraining order was issued which upon hearing was dissolved and an injunction denied. Plaintiffs have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.